JFS/js	08360A-09002	Doc#2896238

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| RAINER J. SWAFFORD, | ) | |
| | ) | Case No.: 2:09-cv-00432-RL-APR |
| Plaintiff, | ) | |
| v. | ) | Judge Rudy Lozano |
| | ) | |
| MEADE ELECTRIC COMPANY, INC., | ) | Magistrate Judge Andrew P. Rodovich |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO DISMISS PURSUANT TO SETTLEMENT**

NOW COMES the Defendant, MEADE ELECTRIC COMPANY, INC., by and through its attorneys, Joseph F. Spitzzeri and Christopher J. Carlos of the Law Offices of JOHNSON & BELL, LTD. and Plaintiff Ranier Swafford, and for their agreed Motion to Dismiss pursuant to settlement, herein state as follows:

1. The parties herein have agreed to resolve all outstanding matters relative to this litigation pursuant to settlement agreement.

2. The parties have executed and exchanged all relevant settlement documents and materials.

3. Plaintiff confirmed by telephone conference with counsel for defendant on December 12, 2011 that he had received the settlement draft from defendant which was consideration for the settlement.

4. During the same conversation referenced above, plaintiff confirmed his agreement with this motion and the dismissal of this matter in its entirety.

5. Accordingly, the parties hereby move that this matter be dismissed with prejudice pursuant to settlement and pursuant to stipulation which is attached as Exhibit A.

6.	A copy of the proposed dismissal order is attached hereto as Exhibit B.

        Respectfully submitted,

        JOHNSON & BELL, LTD.

        <u>/s/Joseph F. Spitzzeri</u>
        One of the Attorneys for Defendant
        Meade Electric Company, Inc.

Joseph F. Spitzzeri-Illinois #6184520
Christopher J. Carlos – Illinois #6272028
Johnson & Bell, Ltd.
33 W. Monroe St.
Suite 2700
Chicago, Illinois 60603
Telephone:  (312) 372-0770