08360A-09002/JFS/CJC/js                                                              Doc#2895904

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RAINER J. SWAFFORD, ) | |
| ) | Case No.: 2:09-cv-00432-RL-APR |
| Plaintiff, ) | |
| v. ) | Judge Rudy Lozano |
| ) | |
| MEADE ELECTRIC COMPANY, INC., ) | Magistrate Judge Andrew P. Rodovich |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Ranier J. Swafford and Defendant, Meade Electric Company, Inc., hereby agree and stipulate that this action should be dismissed, with prejudice, with each party to bear its own costs.


*/s/ Ranier J. Swafford*
Mr. Ranier J. Swafford
3601 Sheffield Avenue
#86
Hammond, IN 46327
*Plaintiff*


*/s/ Joseph F. Spitzzeri*
Joseph F. Spitzzeri
Johnson & Bell, Ltd.
33 W. Monroe, Suite 2700
Chicago, Illinois 60603
*For Defendant Meade Electric Company, Inc.*