JFS/js                           08360A-09002                      Doc#2897048

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| RAINER J. SWAFFORD,           ) | |
| ) | Case No.: 2:09-cv-00432-RL-APR |
| Plaintiff,        ) | |
| v.                            ) | Judge Rudy Lozano |
| ) | |
| MEADE ELECTRIC COMPANY, INC., ) | Magistrate Judge Andrew P. Rodovich |
| ) | |
| Defendant.        ) | |

## CERTIFICATE OF SERVICE

TO:   Mr. Ranier J. Swafford
      3601 Sheffield Avenue, #86
      Hammond, IN 46327

    I hereby certify that on December 13, 2011, I caused to be served a copy of **Meade Electric Company, Inc.'s Agreed Motion to Dismiss,** upon the Plaintiff referenced above, via U.S. Regular Mail.

                        Respectfully submitted,

                By:    /s/Joseph F. Spitzzeri
                      *Attorney for Meade Electric Company, Inc.*

Joseph F. Spitzzeri-ARDC#6184520
Christopher J. Carlos
JOHNSON & BELL, LTD.,
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Telephone:  (312) 372-0770