```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF INDIANA
                    HAMMOND DIVISION
```

| | |
|---|---|
| RAINER J. SWAFFORD,         ) | |
|                             ) | |
| Plaintiff,                  ) | |
|                             ) | |
| vs.                         ) | No. 2:09-CV-432 |
|                             ) | |
| MEADE ELECTRIC COMPANY, INC., ) | |
|                             ) | |
| Defendant.                  ) | |

### ORDER

This matter is before the Court on the Agreed Motion to Dismiss Pursuant to Settlement, filed on December 13, 2011. After due consideration, the motion is **GRANTED**. Accordingly, this case is **DISMISSED with prejudice**.

DATED:  December 14, 2011          /s/RUDY LOZANO, Judge
                                    United States District Court